**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


**To: Annie Rebecca Elliott**                          **January 22, 2015**

**County:  Fort Bend (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-09-00275-CR | Damien Lamar Freddie v The State of Texas | 06-DCR-045741 |
|---|---|---|
| | State's Exhibit 52, a CD | |
| | State's Exhibit 53, a CD | |


Received by: _____

Received on: _____